No. 968.   HAY *v.* COMMISSIONER OF INTERNAL REVE-
NUE.   March 26, 1945.   Petition for writ of certiorari to
the Circuit Court of Appeals for the Fourth Circuit denied.
*Mr. Joseph D. Brady* for petitioner.   *Solicitor General
Fahy, Assistant Attorney General Samuel O. Clark, Jr.,
Messrs. Sewall Key, Robert N. Anderson* and *Miss Melva
M. Graney* for respondent.

No. 934.   DOSS *v.* LINDSLEY, SHERIFF.   March 26, 1945.
The motion to defer consideration is denied.   The petition
for writ of certiorari to the Circuit Court of Appeals for the
Seventh Circuit is also denied.   *Mr. Richard E. West-
brooks* for petitioner.   *George F. Barrett,* Attorney Gen-
eral of Illinois, and *William C. Wines,* Assistant Attorney
General, for respondent.

No. 906.   COYLE *v.* CALIFORNIA ET AL.   March 26, 1945.
Petition for writ of certiorari to the Supreme Court of
California denied.

No. 962.   WESTRUP *v.* RAGEN, WARDEN;
No. 1015.   BAKER *v.* RAGEN, WARDEN; and
No. 1018.   BLOOMENTHAL *v.* RAGEN, WARDEN.   March
26, 1945.   Petitions for writs of certiorari to the Supreme
Court of Illinois denied.

No. 961.   WATKINS *v.* RAGEN, WARDEN.   March 26,
1945.   The petition for writ of certiorari to the Supreme
Court of Illinois is denied for the reason that application